IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VICTORIA REGISTER,<br><br>　Plaintiff,<br><br>v.<br><br>THRILL KOREAN STEAK AND BAR, LLC D/B/A THRILL KOREAN BARBEQUE,<br><br>　Defendant. | Civil Action No.<br><br><br>JURY TRIAL DEMANDED |

## COMPLAINT FOR DAMAGES

COMES NOW, Victoria Register ("Plaintiff" or "Ms. Register"), by and through her undersigned counsel, and files this, her Complaint for Damages, and shows the Court as follows:

## NATURE OF COMPLAINT

1.

Plaintiff brings this action for damages, and reasonable attorney fees against Defendant THRILL Korean Steak and Bar, LLC d/b/a Thrill Korean Barbeque ("Defendant") for violations of her rights under Title VII of the Civil Rights Act of 1964, as amended ("Title VII").

## JURISDICTION AND VENUE

2.

Plaintiff invokes the jurisdiction of this court pursuant to 28 U.S.C. §§ 1331, and 28 U.S.C. §§ 1343.

3.

The unlawful employment practices alleged in this Complaint were committed within this district. In accordance with 28 U.S.C. § 1391, venue is appropriate in this Court.

## ADMINISTRATIVE PROCEDURES

4.

Plaintiff has fulfilled all conditions necessary to proceed with this cause of action under Title VII.

5.

Plaintiff filed her Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") on May 6, 2022; the EEOC issued its Notice of Right to Sue on May 23, 2022.

6.

Plaintiff timely files this action within ninety (90) days of receipt of the Notice of Right to Sue from the EEOC.

**PARTIES**

7.

Plaintiff is a Female citizen of the United States of America and is subject to the jurisdiction of this Court.

8.

At all times relevant, Defendant was qualified and licensed to do business in Georgia, and at all times material hereto has conducted business within this District. During all times relevant hereto, Defendant has employed fifteen (15) or more employees for the requisite duration under the Title VII. Defendant is therefore covered under Title VII in accordance with 42 U.S.C. § 2000e(b).

9.

Defendant may be served with process by delivering a copy of the summons and complaint to its Registered Agent, James Standard, Jr., located at 4536 Summersweet Drive, Marietta, GA, 30066, USA.

## FACTUAL ALLEGATIONS

10.

Register was interviewed to work for Defendant on or about April 15, 2022, as a server.

11.

Register is a woman and a member of a protected class under Title VII, i.e., female.

12.

That same day, Register was offered a job by General Manager Devin (LNU) at Thrill Korean Barbeque.

13.

Register accepted the job that same day, scheduled training with GM Devin, was added to the company chat, and introduced herself on the company chat channel.

14.

On April 16, 2022, GM Devin, who had offered Register the job, informed her that the owner did not approve of hiring her.

15.

When Register asked the assistant manager, Ricky Huang, why the owner did not approve of her hiring, Ricky told Register that the owner "desires male servers" over female servers so they do not "have to deal with the drama and unfairness."

16.

Ricky further stated that the company had a lot of new female hires that were not up to Defendant's standards.

17.

Ricky stated that the female servers would take "advantage of being a girl so the guys would basically have to carry them, or they would just have a bad attitude towards work and not have a good punctual record."

18.

Register was denied the position with Defendant because she was a woman.

19.

Defendant filled the position of server with someone outside of Register's protected class.

20.

Although Defendant purports to provide a legitimate non-discriminatory reason for the adverse action, this reason is a pre-text. Plaintiff was treated less

favorably in the terms or conditions of employment than others outside of her protected class, i.e., female.

## CLAIMS FOR RELIEF

## COUNT I: GENDER DISCRIMINATION IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

21.

Plaintiff re-alleges paragraphs 4-20 as if set forth fully herein.

22.

Plaintiff is a member of a protected class, i.e., female.

23.

Defendant's actions in failing to hire Plaintiff becauses of her gender constitutes unlawful discrimination on the basis of her gender in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e et seq.

24.

Defendant has intentionally discriminated against Plaintiff on the basis of her gender, in violation of Title VII.

25.

Defendant has willfully and wantonly disregarded Plaintiff's rights, and its discrimination against Plaintiff was undertaken in bad faith.

26.

The effect of the conduct complained of herein has been to deprive Plaintiff of equal employment opportunity and has otherwise adversely affected her status as an employee because of her gender.

27.

As a direct and proximate result of Defendant's violation of Title VII, Plaintiff has been made the victim of acts that have adversely affected her economic, psychological, and physical well-being.

28.

Accordingly, Defendant is liable for the damages Plaintiff has sustained as a result of Defendant's unlawful discrimination.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment as follows:

(a) General damages for mental and emotional suffering caused by Defendant's misconduct;

(b) Punitive damages based on Defendant's willful, malicious, intentional, and deliberate acts, including ratification, condonation and approval of said acts;

(c) Reasonable attorney's fees and expenses of litigation;

(d) Trial by jury as to all issues;

(e) Prejudgment interest at the rate allowed by law;

(f) Declaratory relief to the effect that Defendant has violated Plaintiff's statutory rights;

(g) Injunctive relief of reinstatement, or front pay in lieu thereof, and prohibiting Defendant from further unlawful conduct of the type described herein; and

(h) All other relief to which Plaintiff may be entitled.

Respectfully submitted this 20th day of July 2022.

        **BARRETT & FARAHANY**

        s/ *Grace A. Starling*
        Grace A. Starling
        Georgia Bar No. 464958

        *Attorney for Victoria Register*

P.O. Box 530092
Atlanta, Georgia 30353
(404) 214-0120
grace@justiceatwork.com